IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AFTON PACE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-02218 |
| | § | |
| QT SOUTH, LLC DBA QUICK TRIP #922, | § | |
|     Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the terms and provisions of 28 U.S.C. §§ 1441 and 1446, Defendant QT South, LLC DBA Quik Trip #922, erroneously named herein, in the cause styled "*Afton Pace v. QT South, LLC DBA Quick Trip #922*," originally pending as Cause No. DC-23-12869 in the 193rd Judicial District Court of Dallas County, Texas, files this Notice of Removal of the cause to the United States District Court for the Northern District of Texas, Dallas Division.

**I.
BASIS FOR REMOVAL**

The basis of the removal of this action is diversity jurisdiction under 28 U.S.C. § 1332. In particular, diversity jurisdiction exists in this case because there is complete diversity of citizenship between the proper parties, as discussed further herein, no proper Defendant is a citizen of the State of Texas, and the amount-in-controversy exceeds $75,000.00, exclusive of interest and costs.[1]

---

[1] *See* 28 U.S.C. § 1332 (2018).

## II.
## DIVERSITY JURISDICTION

Plaintiff, at the time of the incident giving rise to this lawsuit, at the time of the initial filing of this action, and at the current time of the removal of this action, was and is a citizen, resident, and domiciliary of the State of Texas.

Real Party in Interest, QuikTrip Corporation, the owner of the premises in question, at the time of the initial filing of this action and at the time of the removal of this action, was and is a corporation formed under the laws of Oklahoma with its principal place of business in Tulsa, Oklahoma. QuikTrip Corporation has never been a resident of, incorporated in, or had its principal place of business in the State of Texas.

QT South, LLC, at all relevant times, was and is a Limited Liability Company. Therefore, its citizenship is determined by the citizenship of its members.[1] The sole member of QT, South, LLC is QTR Corporation, a corporation duly formed and existing under the law of the State of Oklahoma, with a principal place of business in Tulsa, Oklahoma. Accordingly, QT South, LLC is and was at all relevant times, a resident of the State of Oklahoma. QT South, LLC is not a proper party to this action, and hence its citizenship should not be considered for purposes of removal.

## III.
## FACTUAL BACKGROUND

Plaintiff claims that, on or about July 5, 2022, while Plaintiff was an invitee at QuikTrip's store located at 3900 Houston School Road, in Lancaster, Texas 75134, he slipped and fell on water on the floor near the men's restroom and the fountain drink station. Plaintiff filed suit on

---

[1] *See, e.g., Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

August 24, 2023, in the 193rd Judicial District Court of Dallas County, Texas, alleging a premises-liability/negligence cause of action against Defendant.

## IV.
## THE AMOUNT-IN-CONTROVERSY

Plaintiff judicially admits in his Original Petition that he is seeking damages in excess of $250,000.00.[2] Specifically, Plaintiff seeks monetary relief exceeding $250,000.00 but not more than $1,000,000,[3] including past and future medical expenses, past and future physical pain and mental anguish, past and future physical impairment, past and future loss of earnings, and past and future loss of earning capacity.[4] As a result, the amount-in-controversy in this case exceeds $75,000.00, exclusive of interest and costs, and this case is removable.[5]

## V.
## REMOVAL IS TIMELY

This removal is timely because it is filed "within thirty days after receipt, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained the case is one which is or has just become removable."[6] Defendant first became aware this case was removable on or about September 7, 2023, when Defendant was served with Plaintiff's Original Petition. Accordingly, this removal is timely because it is made within thirty days after the receipt by Defendant of the document that first demonstrated the

---

[2] *See* Pl's Orig. Pet. (Exh. 2).

[3] *Id.* at p. 1, ¶ 1.

[4] *Id.* at. p. 4, ¶ 14-15 (including subparagraphs 1 through 7).

[5] *See S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996); *see also Laughlin v. Kmart Corp.*, 50 S.W.3d 871, 873 (10th Cir. 1995) (amount in controversy is ordinarily determined by allegations in complaint).

[6] 28 U.S.C. § 1446(b).

case was removable. Moreover, more than one year has not passed since the commencement of the action in state court on August 24, 2023.[7]

## VI.
## VENUE

Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the county in which the removed action has been pending.

## VII.
## PROCEDURAL REQUIREMENTS

Defendant filed with the Clerk of the 193rd Judicial District Court Dallas County, Texas a Notice of Filing Notice of Removal to Federal Court contemporaneously with the filing of this Notice of Removal.

Pursuant to Local Rule 81.1, the following documents are attached hereto for the Court's reference:

(1)   State court docket sheet (as of October 5, 2023);

(2)   Plaintiff's Original Petition (filed on August 24, 2023) with Service of Citation (served on QuikTrip Corporation on September 7, 2023); and

(3)   Defendant's Original Answer and Verified Denial (filed on September 29, 2023).

Also, in compliance with Local Rule 81.1, Defendant has filed the following documents with the Notice:

- Civil Cover Sheet;
- Supplemental Civil Cover Sheet; and
- Certificate of Interested Persons.

---

[7] *See id.*

- 5 -

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully prays that this case be removed to the United States District Court for the Northern District of Texas, Dallas Division.

    Respectfully submitted,

    /s/ Chris M. Blanton
_____

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Chris M. Blanton**
State Bar No. 00796218
cblanton@peavlerbriscoe.com
**PEAVLER | BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record, pursuant to and in accordance with the Federal Rules of Civil Procedure on October 6, 2023.

    /s/ Chris M. Blanton
_____
Chris M. Blanton