IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AFTON PACE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-02218-S |
| | § | |
| QT SOUTH, LLC DBA QUICK TRIP #922, | § | |
|     Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Afton Pace and Defendant QT South, LLC DBA Quik Trip #922 (erroneously named herein) ("the Parties"), filing this Joint Notice of Settlement, and in support thereof would respectfully show the Court as follows: All claims, causes of action, and points of controversy between the Parties have been settled and compromised. To that end, the Parties request the Court cancel the initial hearing scheduled to begin on Tuesday, December 12, 2023, at 1:30 p.m., and permit the Parties time to file dismissal documents.

    Respectfully submitted,

    /s/ Ray N. Hosack (*with permission*)
David S. Kohm
State Bar No. 11658563
Ray N. Hosack
State Bar No. 24046108
David S. Kohm & Associates
1414 W. Randol Mill Road, Suite 118
Arlington, Tx 76012
817-226-8100 – Telephone
817-200-0111 – Fax
lit-efile@attorneykohm.com
**ATTORNEYS FOR PLAINTIFF**

**- AND -**

- 1 -

Respectfully submitted,

/s/ Chris M. Blanton

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Chris M. Blanton**
State Bar No. 00796218
cblanton@peavlerbriscoe.com
**Peavler | Briscoe**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record, pursuant to and in accordance with the Federal Rules of Civil Procedure on December 12, 2023.

/s/ Chris M. Blanton
Chris M. Blanton