# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| AFTON PACE | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2218-S |
| QT SOUTH, LLC d/b/a QUICK TRIP #922 | § § § | |

## ORDER

This Order addresses the parties' Joint Motion to Dismiss with Prejudice ("Motion") [ECF No. 12]. Upon review and consideration of the Motion, the Court **GRANTS** the Motion. All claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED January 30, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**